IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Stoudemire, Ralph E | Case Number: 04 B 40172 |
| | Judge: Hollis, Pamela S |
| Printed: 3/25/08 | Filed: 10/28/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: January 10, 2008
Confirmed: December 13, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 3,634.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 1,062.45 |
| Priority: | | 0.00 |
| Administrative: | | 2,348.00 |
| Trustee Fee: | | 189.55 |
| Other Funds: | | 34.00 |
| Totals: | 3,634.00 | 3,634.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,348.00 | 2,348.00 |
| 2. | City Of Chicago Dept Of Revenue | Unsecured | 544.50 | 861.15 |
| 3. | Jefferson Capital | Unsecured | 127.28 | 201.30 |
| 4. | MCI Residential | Unsecured | | No Claim Filed |
| 5. | Columbia House | Unsecured | | No Claim Filed |
| 6. | AT&T | Unsecured | | No Claim Filed |
| 7. | Van Ru Collection Agency | Unsecured | | No Claim Filed |
| 8. | Bank One | Unsecured | | No Claim Filed |
| 9. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 10. | Village of Oak Park | Unsecured | | No Claim Filed |
| 11. | Sun Cash Of WI | Unsecured | | No Claim Filed |
| 12. | Transworld Systems Inc | Unsecured | | No Claim Filed |
| 13. | West Suburban Hospital | Unsecured | | No Claim Filed |
| 14. | SBC | Unsecured | | No Claim Filed |
| 15. | Sherman Acquisition | Unsecured | | No Claim Filed |
| | | | $ 3,019.78 | $ 3,410.45 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 18.42 |
| 4% | 6.25 |
| 3% | 4.64 |
| 5.5% | 26.19 |
| 5% | 7.90 |
| 4.8% | 15.12 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Stoudemire, Ralph E | Case Number:  04 B 40172 |
| | Judge:  Hollis, Pamela S |
| Printed:  3/25/08 | Filed:  10/28/04 |

                                         5.4%                        111.03
                                                                      _____
                                                                    $ 189.55

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                                   Marilyn O. Marshall, Trustee, by:

